IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDRE JUSTE,

    Plaintiff,

v.

    Civil Action No. **3:16CV833**

US DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

FILED

JUL 1 2 2017

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## MEMORANDUM OPINION

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Plaintiff fails to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on June 1, 2017, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the June 1, 2017

Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond

to the June 1, 2017 Memorandum Order. Accordingly, the action will be DISMISSED

WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.


/s/

M. Hannah Lauck
United States District Judge

Date: JUL 1 2 2017
Richmond, Virginia